Submitted November 25, 2014, affirmed February 11, petition for review denied July 9, 2015 (357 Or 550)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSEPH MENDIOLA CALVO,
*Defendant-Appellant.*

Marion County Circuit Court
11C51551; A153492

343 P3d 1285

Peter Gartlan, Chief Defender, and Mary M. Reese, Senior Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Shannon T. Reel, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Flynn, Judge, and De Muniz, Senior Judge.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for multiple sexual offenses. He argues that the trial court erred in withholding from disclosure school records of the victim and her sister after conducting an *in camera* inspection and asks this court to review the records for any relevant impeachment or exculpatory evidence. The state does not oppose this request. We have reviewed the materials *in camera* and conclude that the trial court did not err when it withheld the school records from disclosure.

Affirmed.